# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISPIN GARCIA VARGAS,<br><br>        Petitioner,<br>vs.<br><br>FRED LAWRENCE, Warden,<br><br>        Respondent.<br>_____ | Case No. SA CV 11-1038 MMM (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: January 30, 2012

                                             /s/ Margaret M. Morrow
                                           HON. MARGARET M. MORROW
                                           UNITED STATES DISTRICT JUDGE