UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRISPIN GARCIA VARGAS, | ) | Case No. SA CV 11-1038 MMM (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| FRED LAWRENCE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: January 30, 2012

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE